UNITED STATES of America, Plaintiff–Appellee,

v.

David Furtado GRAY, Defendant–Appellant.

No. 01–6323.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

David Furtado Gray, pro se. Lynne Ann Battaglia, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

David Furtado Gray seeks to appeal the district court's orders denying his motion

filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gray,* Nos. CR–95–364–AMD; CA–99–575–AMD (D.Md. Mar. 23, 2000, Feb. 8 & 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*